UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TROY HOLLENBECK, ) <br> KURT ALLEN, ) <br> JON WHITAKER, ) <br> ) <br> Defendants. ) <br> _____) | 8:09CR251 <br><br><br><br><br><br> FINAL ORDER OF <br> FORFEITURE |

This matter is before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 175). The Court has reviewed the record in this case and finds as follows:

1. On November 17, 2009, and July 1, 2010, the Court entered Preliminary Orders of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846 and 853 based upon the defendants' pleas of guilty. By way of said Preliminary Orders of Forfeiture, the defendants' interest in $234,050.00 in United States currency and a 2001 BMW X5 3.01, VIN WBAFA53511LM81711, were forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site www.forfeiture.gov for at least thirty consecutive days, beginning on July 1, 2010, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on September 16, 2010 (Filing No. 173).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. Plaintiff's Motion for Final Order of Forfeiture should be sustained.

Accordingly,

IT IS ORDERED:

A. Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the $234,050.00 in United States currency and a 2001 BMW X5 3.01, VIN WBAFA53511LM81711 held by any person or entity, is hereby forever barred and foreclosed.

C. The $234,050.00 in United States currency and a 2001 BMW X5 3.01, VIN WBAFA53511LM81711 be, and the same hereby are, forfeited to the United States of America.

D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 20th day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court