IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 8:09-CR-251 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| KURT ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came on for hearing on the oral motion of the Defendant Kurt Allen; the Court being apprised of the premise finds the Defendant's Toshiba laptop computer, serial number Z6083812W, seized on May 19, 2009 by the Nebraska State Patrol should be returned the Defendant by and through the person of his brother, Brian Allen, as the Defendant self surrendered to the Bureau of Prisons on September 17, 2010. The Government does not oppose this motion.

The Nebraska State Patrol is hereby authorized and ordered to release the Toshiba laptop computer, serial number Z6083812W, to Brian Allen.

IT IS SO ORDERED.

_10/8/10_
Dated

_____
District Court Judge Joseph Batallion

Prepared and Submitted by:

_____
Steve Lefler #15434
209 So. 19th St #440
Omaha NE 68102
402.342.4433

Approved as to content and form:
_____
Andrea Belgau, Assistant United States Attorney